**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No.: 4:25-cv-4859 |
| | § | |
| v. | § | |
| | § | |
| EL CAMPO 2, LLC; AND GERNOT GAULKE, INDIVIDUALLY, | § | **JURY DEMANDED** |
| | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF SETTLEMENT BY ALL PLAINTIFFS AND DEFENDANTS**

NOTICE IS HEREBY GIVEN that Plaintiffs' claims in this matter pending against all Defendants have been resolved to the satisfaction of Plaintiffs and Defendants. Pursuant to the Parties Agreement, certain material events necessary to the settlement will not occur and be performed for 180 days. The Parties respectfully request that the Court direct the Clerk to remove any upcoming deadlines and dates from its calendar and that the Court provide Plaintiffs and Defendants one hundred and eighty (180) days within which to complete conditions precedent and file a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 8, 2026.

Respectfully Submitted,

**CALHOUN & ASSOCIATES**

*/s/ Eric G. Calhoun*

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100 Tel

(214) 308-1947 Fax
eric@ecalhounlaw.com

**ATTORNEY FOR PLAINTIFF**

**PORTER LAW FIRM**

*/s/ Sean Reagan*
Sean Reagan
David L. Augustus
S.D. Tex. State Bar No. 33221. 33221
Caleb E. McAuslan
Brooke M. Wilhelm
2603 Augusta Drive., Suite 900,
Houston, Texas 77057
Telephone (713) 979-1797
Facsimile (713) 621-0709
daugustus@porterfirm.com
caleb@porterfirm.com
brooke@porterfirm.com
sean@porterfirm.com

ATTORNEY FOR DEFENDANTS
EL CAMPO 2, LLC AND GERNOT GAULKE, AS AN INDIVIDUAL

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Sean Reagan
David L. Augustus
Caleb E. McAuslan
Brooke M. Wilhelm
PORTER LAW FIRM
2603 Augusta Drive., Suite 900,
Houston, Texas 77057
daugustus@porterfirm.com
brooke@porterfirm.com
caleb@porterfirm.com
sean@porterfirm.com

*Counsel for Defendants El Campo 2, LLC and Gernot Gaulke, as an Individual*

*/s/ Eric G. Calhoun*
Eric G. Calhoun