United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04859 |
| | § | |
| EL CAMPO 2, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT**

The Court has been informed that a settlement of this lawsuit has been reached (Dkt. No. 12). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within one hundred and eighty (180) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on July 20, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge